UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re:     **Lazarus R. Crew** | ) | |
| | ) | Case No. 13-30415-DOT |
|          **Debtor.** | ) | Chapter 13 |
| | ) | |
| **Address** | ) | |
| **Lazarus R. Crew** | ) | |
| **9910 Husting Court** | ) | |
| **Chesterfield, VA 23832** | ) | |
| | ) | |
| Last four digits of SSN or ITIN:    **4945** | ) | |

### ORDER ON MOTION TO EMPLOY SPECIAL COUNSEL

**UPON MOTION BY** , Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to 11 USC 330 the court FINDS:

1) This motion is filed pursuant to 11 USC 330.

### JURISDICTION, VENUE, CORE PROCEEDING

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

5) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

6) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

7) Movants filed a Voluntary Petition for Relief in this court on 01/28/2013.

8) Movant wishes to employ special counsel to prosecute a complaint to determine validity, priority and extent of a lien on real property.

9) Counsel has agreed to represent movant if the court approves this employment.

10) Counsel is to be paid through the Chapter 13 Plan, upon approval by the court of a Supplemental fee application to be submitted at the completion of the action anticipated by this motion.

## **THEREFORE**

it is ORDERED that Jason M. Krumbein is appointed special counsel for the purposes of prosecuting a complaint to determine the validity, priority and extent of a lien on real property; and

ORDERED that Mr. Krumbein shall be paid through the chapter 13 plan, after the court reviews and hears an application for compensation; and

ORDERED that debtors shall pay $500.00 directly to Mr. Krumbein's escrow account for estimated costs. Mr. Krumbein shall account for this when he files his application for compensation.

ENTERED:_____                    _____
                                          Douglas O. Tice, Jr., Judge
                                          US Bankruptcy Court
                                          Eastern District of Virginia, Richmond Division

| I ASK FOR THIS:<br><br>/s/ Jason M. Krumbein, Esq.<br>Jason M. Krumbein, Esq. VSBN 43538<br>Special Counsel for the Debtor(s)<br>Krumbein Consumer Legal Services, Inc.<br>5310 Markel Road, Suite 102<br>Richmond, VA 23230<br>Tel: 804.303.0204 Fax: 804.303.0209<br>jkrumbein@krumbeinlaw.com | SEEN AND AGREED:<br><br>/s/ Pia J. North, Esq.<br>Pia J. North, Esq., VSBN 29672<br>Counsel for the Debtors<br>North & Assoc. PC<br>5913 Harbour Park Dr.<br>Midlothian, VA 23112<br>Tel: 804.739.3700 Fax: 804.739.2550<br>Northlaw1@gmail.com |
|---|---|
| SEEN AND NOT OBJECTED TO:<br><br>/s/Carl M. Bates<br>Carl M. Bates, Chapter 13 Trustee<br>P.O. Box 1819<br>Richmond, VA 23218-1819 | |

**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

SERVICE LIST

BY ECF:
Carl M. Bates, Chapter 13 Trustee
Pia J. North, Counsel for the Debtor
Jason M. Krumbein, Special Counsel for the Debtor

BY US MAIL
Lazarus Crew
9910 Husting Ct.
Chesterfield, VA 23832